United States District Court
Central District of California

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>v.<br><br>Carl's Jr. Restaurants, LLC dba Carl's Jr. / Green Burrito #1100429; CLB Property, LLC,<br><br>    Defendants. | Case No. SACV17-00864 JLS (JDEx)<br><br>JUDGMENT |

JUDGMENT by Judge Josephine L. Stanton. In light of the Court's order on summary judgment (doc. 44), it is now ORDERED, ADJUDGED, AND DECREED that judgment is entered in this action as follows:

1. Judgment is granted in favor of Defendants Carls Jr. Restaurants, LLC doing business as Carl's Jr./Green Burrito No.1100429, and CLB Property, LLC on Plaintiff Michael Rocca's claims under the Americans with Disabilities Act, California Health and Safety Code Part 5.5, and the Disabled Person's Act;

2. Judgment is granted in favor of Plaintiff on his claim under the Unruh Civil Rights Act;

3. Plaintiff shall recover $4,000 from defendants;

4. Plaintiff is the prevailing party for purposes of his claim under the Unruh Civil Rights Act and shall recover fees, costs, and litigation expenses from defendants in accordance with Order on Motions for Summary Judgment.

5. Plaintiff shall file his motion requesting fees, cost, and litigation expenses within 30 days of this date.

Dated: July 02, 2018

Honorable Josephine L. Staton